FILED
CHARLOTTE, NC
NOV 16 2018
US District Court
Western District of NC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF
## NORTH CAROLINA

| | |
|---|---|
| IN RE: Real property at 9733 Gel Garry Place, Charlotte, NC 28215, more particularly described in a deed recorded at Deed Book 33006, Page 859, and further identified as Parcel 111-303-05 at Mecklenburg County Register of Deeds. <br><br> FILE IN GRANTOR INDEX UNDER: <br><br> Maria de Jesus Campos Gutierrez and Maria Auxilio Campos Gutierrez | CASE NO: 3:18 Mc 197 <br><br> **ORDER AND LIS PENDENS** |

WHEREAS, the United States of America, by and through Ashley K. Daughtridge, Special Agent, Internal Revenue Service-Criminal Investigations Division, has presented an Affidavit to the Court alleging that the above-captioned property constitutes or is derived from proceeds of narcotics trafficking violations in violation of Title 21, United States Code, and was used or intended to be used to facilitate such violations, and constitutes or is derived from property involved in money laundering violations in violation of 18 U.S.C. §§ 1956 and 1957;

WHEREAS, the Court, having reviewed the Affidavit, finds that there is probable cause to believe that the property constitutes or is derived from proceeds of narcotics trafficking violations in violation of Title 21, United States Code, and was used or intended to be used to facilitate such violations, and constitutes or is derived from property involved in money laundering violations in violation of 18 U.S.C. §§ 1956 and 1957;

WHEREAS, upon this finding of probable cause, the property may be subject forfeiture to the United States pursuant to 21 U.S.C. §§ 853 and 881, 18 U.S.C. §§ 981 and 982, and/or 28 U.S.C. § 2461(c), and the Government is entitled to record an Order and Lis Pendens to give public notice of the Government's forfeiture interest and potential civil and/or criminal forfeiture claim against the property;

THEREFORE, the United States is directed forthwith to file this Order and Lis Pendens with the appropriate state or local public depository; and ALL WHO READ THIS ORDER AND LIS PENDENS TAKE NOTICE that the property may be subject to forfeiture to the United States in a present or future criminal or civil *in rem* action before this Court, and any person who has a question as to this action should contact:

>United States Attorney for the Western District of North Carolina
>Attn: Benjamin Bain-Creed
>227 West Trade Street, Suite 1650
>Charlotte, NC 28202
>(704) 344-6222

This the 16 day of November, 2018.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE

**TO THE RECORDER OF THIS INSTRUMENT: MAIL ANY AND ALL RECORDED COPIES TO THE UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF NORTH CAROLINA AT THE ABOVE ADDRESS.**